IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV211-1-MU

| | |
|---|---|
| JEFFREY S. CERKONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| MARCUS HUGHES, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on remand from the United States Court of Appeals for the Fourth Circuit.

In accordance with the Fourth Circuit's June 22, 2005, opinion in this matter, the Court finds that Defendants Calloway, Cables, Ervin, and Marcus should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process on Defendants Calloway, Cable, Ervin, and Hughes without additional cost.

**Signed: August 11, 2005**

Graham C. Mullen
Chief United States District Judge