**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV211-1-MU**

| | |
|---|---|
| JEFFREY S. CERKONEY, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| MARCUS B. HUGHES, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

If either party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that all dispositive motions must be filed with the Court within sixty days of the filing of this Order.

SO ORDERED.

**Signed: October 12, 2005**

Graham C. Mullen
Chief United States District Judge