UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV211-1-MU

FILED
ASHEVILLE, N. C.

DEC 21 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| JEFFREY S. CERKONEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MARCUS B. HUGHES, et. al., | ) |
| Defendants. | ) |

Upon Motion of Defendants, through counsel, and for good cause shown, it is ORDERED that the parties will have up to and including 10 February 2006, to file all dispositive motions.

**IT IS SO ORDERED.**

THIS the 19th day of December, 2005.

_Graham C. Mullen_
UNITED STATES ~~MAGISTRATE~~/JUDGE