# United States District Court
# For The Western District of North Carolina
# Asheville Division

Jeffrey S. Cerkoney,

    Plaintiff(s),

vs.

Marcus Hughes, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04cv211

DECISION BY COURT. This action having come before the Court by motion for summary judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2006 Order.

April 20, 2006

FRANK G. JOHNS, CLERK

BY: s/Joan Gosnell

Joan Gosnell, Deputy Clerk